1124534_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVE J. JACK, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | Civil Action No. 06-889 |
| vs. | ) | |
| | ) | Honorable Gary L. Lancaster |
| MARMON/KEYSTONE | ) | |
| CORPORATION, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ~~PROPOSED~~ ORDER OF COURT

AND NOW, this 8th day of Sept, 2006, upon consideration of Defendant Marmon/Keystone Corporation's Motion to Dismiss Counts II, IV, and V of Plaintiff's Complaint in the Nature of a Motion for Summary Judgment, Memorandum of Law, and the record evidence cited in the Statement of Undisputed Material Facts, **IT IS HEREBY ORDERED** that Marmon/Keystone Corporation's Motion be and hereby is **GRANTED** and that judgment be and hereby is entered in favor of Defendant and against Plaintiff on Counts II, IV, and V of Plaintiff's Complaint. It is also ordered that the request for punitive damages contained in Count III of the Complaint is striken.

_____
United States District Judge