IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AVE J. JACK, | ) | |
| | ) | CIVIL ACTION NO. 06-889 |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | ELECTRONICALLY FILED |
| MARMON/KEYSTONE | ) | |
| CORPORATION, | ) | JUDGE GARY L. LANCASTER |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the above-captioned action, including all claims which are or could have been brought by Plaintiff herein, be and hereby are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. All parties shall bear their own costs and attorney's fees.

STIPULATED AND AGREED:

/s/ Joni M. Mangino, Esq.

Joni M. Mangino, Esq.
Aaron R. Cramer, Esq.
Zimmer Kunz PLLC
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702

Attorneys for Plaintiff

STIPULATED AND AGREED:

/s/ James B. Brown, Esq.

James B. Brown, Esq.
W. Scott Hardy, Esq.
Floyd A. Clutter, Esq.
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, Pennsylvania 15222

Attorneys for Defendant

SO ORDERED, this 4th day of January, 2007.

_____
Gary L. Lancaster, U.S. District Judge

619271
4870.0124